*James B. Streeto,* assistant public defender, in support of the petition.

*Proloy K. Das,* deputy assistant state's attorney, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* ANTONIO A.

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 286 (AC 24739), is denied.

*Jeremiah Donovan,* in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* JUAN FALCON

The defendant's petition for certification for appeal from the Appellate Court, 90 Conn. App. 111 (AC 24753), is denied.

*Stephanie L. Evans,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 20, 2005

## JAMEL BURKE *v.* COMMISSIONER OF CORRECTION

The petitioner Jamel Burke's petition for certification for appeal from the Appellate Court, 90 Conn. App. 370 (AC 24800), is denied.